## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| MINDY R. TWER and HOWARD ABRAMS, : <br> : <br> Plaintiffs, : <br> : <br> v. : <br> : <br> UNIVEST BANK & TRUST CO., successor by : <br> merger to FOX CHASE BANK, : <br> : <br> Defendant. : | CIVIL ACTION NO. 17-CV-05322 <br><br><br><br> DEC - 8 2017 |

### STIPULATION

WHEREAS, Plaintiffs Mindy R. Twer and Howard Abrams (collectively, "Plaintiffs") have filed a complaint, dated November 13, 2017, against Univest Bank and Trust Co., successor by merger to Fox Chase Bank ("Defendant"), asserting nine counts, including two counts under the Equal Credit Opportunity Act, 15 U.S.C. § 1691, *et seq.*, ("ECOA") in the Pennsylvania Court of Common Pleas for Bucks County (the "Complaint"); and

WHEREAS, on November 27, 2017, Defendant removed the above-captioned action to this Court; and

WHEREAS, Plaintiffs have agreed to dismiss with prejudice the counts in the Complaint brought under ECOA, Counts IV and V; and

WHEREAS, on December 5, 2017, this Court entered an order directing that the parties submit for the Court's signature a stipulation agreeing to (a) dismiss all federal causes of action with prejudice; and (b) remand the remaining state law causes of action to state court;

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED, by and between Plaintiffs and Defendant, that:

(1) All federal causes of action contained in the Complaint in the above-captioned action, in particular Counts IV and V that are asserted under ECOA, are dismissed with prejudice.

PHIL1 6670437v.1

(2) Following approval of this Stipulation dismissing the ECOA counts, the remaining state law claims in this matter shall be remanded to the Pennsylvania Court of Common Pleas for Bucks County.

Dated: December 7, 2017

|  |  |
|---|---|
| **DAVID M. TWER & ASSOCIATES** | **KLEHR HARRISON HARVEY BRANZBURG LLP** |
| By: */s/ David M. Twer* | By: */s/ Paige M. Willan* |
|  | William R. Hinchman (PA I.D.: 60540) |
| David M. Twer (P.A. I.D. 44044) | Paige M. Willan (PA I.D.: 313117) |
| 1234 Bridgetown Pike, Suite 200 | Kelsey Hughes-Blaum (PA I.D.: 322313) |
| Feasterville, PA 19053 | 1835 Market Street |
| Tel: (215) 953-7600 | Philadelphia, PA 19103 |
| dmtwer@aol.com | (215) 569-1959 |
|  | whinchman@klehr.com |
| *Attorney for Plaintiffs* | pwillan@klehr.com |
|  | kblaum@klehr.com |
|  | *Attorneys for Defendant* |

SO ORDERED.

_____
Hon. Mitchell Goldberg, U.S.D.J.

12/8/2017

-2-

PHIL1 6670437v.1

## CERTIFICATE OF SERVICE

I, Paige M. Willan, hereby certify that, on December 7, 2017, I served a true and correct copy of the foregoing Stipulation on counsel for plaintiffs Mindy R. Twer and Howard Abrams via this Court's electronic filing system.

*/s/ Paige M. Willan*
Paige M. Willan

PHIL1 6670437v.1